AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Clemente Garcia-Mancha, et al,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV610-36,

Hendrix Produce, Inc., et al,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/30/10, granting the parties' joint motion for settlement; Judgment is hereby entered dismissing the case with prejudice.



11/30/10
Date

Scott L. Poff
Clerk

*Walker Prescott*
(By) Deputy Clerk

GAS Rev 10/1/03